# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 18-3580

_____

Filed: April 04, 2019

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

TREMAINE JACKSON

    Defendant - Appellant.

1:17cr422 - 1
SL

## MANDATE

Pursuant to the court's disposition that was filed 03/13/2019 the mandate for this case hereby issues today.  Vacated and Remanded

COSTS:  None